UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RYAN RETIF** | * | **CIVIL ACTION NO: 2:19-cv-04899** |
| **Plaintiff** | * | |
| versus | * | **JUDGE: JUDGE ELDON E. FALLON** |
| **ASI LLOYDS** | * | |
| | * | **MAGISTRATE:** |
| **Defendant** | * | **JUDGE DANA DOUGLAS** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL MEMORANDUM ON MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SCOPE OF LOSS

MAY IT PLEASE THE COURT:

ASI Lloyds ("ASI") respectfully submits this Supplemental Memorandum on Motion for Partial Summary Judgment Regarding Scope of Loss, per the Court's Order of June 29 (Doc. 76]. ASI's assertion regarding the agreed scope of loss is defined by the scope set out in the Gary Murphy estimate of 8/2/2018 (Exhibit C 2 of ASI's Memorandum in Support) and the Anthony Odeh estimate of January 2, 2019 (Exhibit C 4 of ASI's Memorandum in Support). ASI's position is that those two scopes of loss (not the amount) are identical in all respects and should be adopted by the Court as the scope of loss at issue for the trial.

To be clear, when the parties agreed to commence with appraisal, it was only after ASI's receipt of the proposed scope of loss from the Odeh estimate, which scope was literally "cut and pasted" from the Murphy estimate. There is no dispute that the Murphy/Odeh scope of loss is the

scope of loss in this case.  Both the Murphy and Odeh estimates describe necessary repairs in the exact same rooms and areas of the home; both contain 61 pages; both have exactly 870 repair line items; and both have the exact same plan drawings and measurements for the rooms in the home.  The Murphy and Odeh scopes of loss are, in fact, identical; **not just close. . . identical.**  Odeh's estimate inexplicably changes the total amount or price to perform the work per that scope, but that is a separate issue from the instant Motion, as the Court has correctly noted.  Accordingly, ASI respectfully submits that the scope upon which the parties agreed is the scope from the Murphy estimate, Exhibit C2 attached to the ASI Memorandum in Support, which scope the Plaintiff agreed was his scope of loss per his Affidavit.  Accordingly, that is the scope that ASI submits should be adjudged as proper by this Court.

The Court can look at any room described in either the Murphy estimate or Odeh estimate and the scope will be the same.  For example, the first area designated for repairs by Murphy's estimate is for the "Front Porch."  Murphy's estimate denotes 1167.92 SF Walls & Ceiling, 78.90 SY Flooring, and 70.40 LF Ceiling Perimeter, among other measurements.  Murphy estimates the cost to clean the walls and ceiling and paint them, as well as painting the columns and cleaning all light fixtures and trim/molding on the front porch.  Odeh's estimate of January 2, 2018 (Exhibit C 4) has the same dimensions and measurements and describes the need to clean and paint the exact same areas and square footage.  Odeh's scope of loss is literally an exact copy of the Murphy scope of loss. Odeh simply deleted the prices for each line item and put one total price at the bottom only.  Ignoring the amount of the loss from the Murphy and Odeh estimates, as directed by the Court, results in a single, agreed upon scope of loss.  In other words, if you deleted all prices from

Murphy's estimate and compared it directly to Odeh's estimate of January 2, 2018, every single repair line item would be identical, which is precisely the reason ASI has asserted the instant Motion for Partial Summary Judgment on scope. . . because the scope of loss was an agreed scope entering the appraisal process.

ASI respectfully submits that the scope of loss set out in the Murphy repair estimate of August 3, 2018 be ruled as the proper, agreed upon scope of loss, and the Court should grant partial summary judgment accordingly.

Respectfully submitted,

**LAW OFFICES OF JASON P. FOOTE, LLC**

By:/s/ *Jason P. Foote*
    **JASON P. FOOTE (#25050)**
    **DEVIN CABONI-QUINN (#35447)**
    2821 Richland Ave., Suite 202
    Metairie, Louisiana 70002
    Telephone: 504-324-8585
    Facsimile: 504-324-8496
    ***Attorneys for ASI Lloyds***

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Paul L. Carriere (pcarriere@favretlawfirm.com); and Austin J. Hight (austin@favretlawfirm.com).

    _____s/ *Jason P. Foote*_____
    Jason P. Foote